No. 04–10476. DELEVAUX *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–10477. SHERKAT *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 04–10479. HUNTER *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–10480. HARBANS *v.* EVANS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10481. EVANS *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 04–10482. HAMPTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10483. HAMBERLIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10484. FLEMING *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–10485. HARSHMAN *v.* ARIZONA; and HARSHMAN *v.* ARIZONA STATE BOARD OF REGENTS ET AL. Ct. App. Ariz. Certiorari denied.

No. 04–10486. GARCIA *v.* ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–10488. NAJMEHCHI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–10489. JUMA-PINEDA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–10490. MARTINEZ CARREON *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 04–10491. KITTLE *v.* KITTLE. Super. Ct. Pa. Certiorari denied.